IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM HARTUNG,

    Plaintiff,

v.

OFFICER PONTOW, OFFICER KRUGER, J.O. DONOVAN, LIEUTENANT SCHULTZ, THERESA MURPHY, MICHAEL THURMAN, WILLIAM GROSSHANS and RICK RAEMISCH,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-75-slc

---

This action came for consideration before the court with MAGISTRATE JUDGE STEPHEN L. CROCKER presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered:

(1) DENYING leave to proceed and DISMISSING this case as to defendants Officer Kruger, J.O. Donovan, Theresa Murphy, Michael Thurman, William Grosshans and Rick Raemisch; and

(2) GRANTING defendants Officer Pontow and Lieutenant Schultz's motion for summary judgment and DISMISSING this case without prejudice for plaintiff William Hartung's failure to exhaust his administrative remedies.

By: *[signature]* Lynn Kamle, Deputy Clerk
Peter Oppeneer, Clerk of Court

10-29-10
Date